AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |

Lehman Brothers Bank, FSB, successor-in-interest to Capital Crossing Bank,

V.

SouthTech Enterprises, LLC, Charles F. Carter, III, and Shannon Marie Carter,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv183-WHA

TO: (Name and address of Defendant)

Shannon Marie Carter
503 Black Lake Road
Ariton, AL 36311

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christie L. Dowling, Esq.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
E-Mail: cdowling@balch.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    3-2-07

CLERK                                                 DATE

*Charlene Compesse*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-9-07 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   Shannon Marie Carter, 503 Black Lake Road, Ariton, AL 36311

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                          Signature of Server

                                        CAPITOL VESTIGATION
                                        5184 C   vell Mill Road
                                                St  204-200
                              Address of Server   Birming   n, AL 35244
                                                (20   )91-5134

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.