%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |

Lehman Brothers Bank, FSB, successor-in-interest to Capital Crossing Bank,

V.

SouthTech Enterprises, LLC, Charles F. Carter, III, and Shannon Marie Carter,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07CV183-wha

TO: (Name and address of Defendant)

Charles F. Carter, III
503 Black Lake Road
Ariton, AL 36311

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christie L. Dowling, Esq.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
E-Mail: cdowling@balch.com

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                             3-20-07

CLERK                                                          DATE

*Chaleese Campbell*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3-9-07 |
| NAME OF SERVER (PRINT) Ken Cantley | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  Charles F. Carter, III, 503 Black Lake Road, Ariton, AL 36311

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-9-07
              Date

Signature of Server: Ken Cantley

Address of Server:
CAPITOL INVESTIGATION
5184 Caldwell Mill Road
Suite 204-200
Birmingham, AL 35244
(205) 991-5134

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.