UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, successor-in-interest to Capital Crossing Bank, | )<br>)<br>) |
| PLAINTIFF, | ) |
| VS. | )   CASE NO. 1:07CV183-WHA |
| SOUTHTECH ENTERPRISES, LLC; CHARLES F. CARTER, III, and SHANNON MARIE CARTER, | )<br>)<br>) |
| DEFENDANTS. | ) |

## ANSWER OF DEFENDANTS, CHARLES F. CARTER, III, AND SHANNON MARIE CARTER

COME NOW the Defendants, Charles F. Carter, III, and Shannon Marie Carter, by and through their undersigned attorney and respectfully file an Answer to the Plaintiff's Complaint as follows, to-wit:

1. The Defendants admit the allegations contained in Paragraphs 1 - 18 of the Plaintiff's Complaint;

2. For answer to Paragraphs 19, 20 and 21 of the Plaintiffs' Complaint, the Defendants would at this time deny the totality of the allegations contained therein while demanding strict proof thereof;

3. For answer to Paragraph 25 of the Plaintiff's Complaint, the Defendants would re-allege the answers to Paragraphs 1 - 21;

4. For answer to Paragraphs 26 and 27 of the Plaintiff's Complaint, the Defendants would at this time deny these allegations, and demand strict proof thereof;

5. The Defendants plead the general issue;

6. The Defendants reserve the right to amend and/or further plead as the case proceeds.

Respectfully submitted this 21 day of March, 2007.

                                          ESPY, METCALF & ESPY, P.C.

                                          C. H. Espy, Jr. (ASB-3696-S78C)
                                          ATTORNEY FOR DEFENDANTS
                                          P.O. Drawer 6504
                                          Dothan, Alabama 36302-6504
                                          (334) 793-6288

## Certificate of Service

I, C. H. Espy, Jr., do hereby certify I have this date served a copy of the above and foregoing upon the following party either electronically or by placing a copy of same in the U.S. Mail, postage prepaid, on this 21 day of March, 2007.

Ms. Christie L. Dowling
BALCH & BINGHAM, LLP
Attorney for Plaintiff
P.O. Box 306
Birmingham, AL  35201

                                                        C. H. Espy, Jr.