IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **LEHMAN BROTHERS BANK, FSB,** successor-in-interest to Capital Crossing Bank, | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **CV 07-183** |
| **SOUTHTECH ENTERPRISES, LLC, CHARLES F. CARTER, III, AND SHANNON MARIE CARTER,** | ) ) ) ) ) |
| **Defendants.** | ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff LEHMAN BROTHERS BANK, FSB, successor-in-interest to Capital Crossing Bank certifies that:

> the entities listed on the attached Exhibit "A" are the parents, affiliates and subsidiaries of Plaintiff; and affiliates that own 10% or more of Plaintiff's stock:

Dated: March 27, 2007.

/s/ Christie L. Dowling
Attorney for Plaintiff
LEHMAN BROTHERS BANK, FSB, successor-in-interest to Capital Crossing Bank

**Of Counsel:**
Christie L. Dowling ASB-9508R72D
BALCH & BINGHAM LLP
1901 6th Avenue North
Birmingham, Alabama 35203
Telephone: (205) 251-8100
cdowling@balch.com

893299.1

## CERTIFICATE OF SERVICE

I hereby certify that I have served an exact copy of the Corporate Disclosure Statement by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, on March 27, 2007, to the following:

SouthTech Enterprises, LLC
c/o Carl A. Phillips, Its Registered Agent
1267 E. Main Street
Ariton, AL 36311

Charles F. Carter, III
503 Black Lake Road
Ariton, AL 36311

Shannon Marie Carter
503 Black Lake Road
Ariton, AL 36311

/s/ Christie L. Dowling
OF COUNSEL

893299.1

## **EXHIBIT "A"**

1. Lehman Brothers Holding Company (100% ownership of Plaintiff)
2. CAPX Realty, LLC
3. Dolphin Capital

893299.1