IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB., etc., ) | |
| PLAINTIFF, ) | |
| VS. ) | CASE NO. 1:07–cv-183-WHA |
| SOUTHTECH ENTERPRISES, LLC, ) CHARLES F. CARTER, III and SHANNON MARIE CARTER, ) | |
| DEFENDANTS. ) | |

### ANSWER OF DEFENDANT, SOUTHTECH ENTERPRISES, LLC, AND CONSENT TO ENTRY OF JUDGMENT

COME NOW the undersigned attorney who hereby enters an appearance as counsel for the Defendant, Southtech Enterprises, LLC, and after having consulted with the operating members of this limited liability company informs the Court as to that Defendant albeit the Plaintiff already has a real estate note and mortgage secured by all of the real estate of this particular Defendant there is understood to be no bona fide defense to the prayer for relief of the Plaintiff for recovery of a monetary judgment thus no defense will be interposed to that request.

WHEREFORE, judgment can enter in favor of the Plaintiff and against the Defendant, Southtech Enterprises, LLC.

Respectfully submitted this 10th day of April, 2007.

ESPY, METCALF & ESPY, P.C.

_____
C.H. Espy, Jr. (ASB-3696-S78C)
ATTORNEY FOR DEFENDANT,
SOUTHTECH ENTERPRISES, LLC

P.O. Drawer 6504  
Dothan, Alabama 36302-6504  
(334) 793-6288

### Certificate of Service

    I, C. H. Espy, Jr., do hereby certify I have this date served a copy of the above and foregoing Consent upon the following party either electronically or by placing a copy of same to her in the U.S. Mail, postage prepaid, on this 10th day of April, 2007.

Ms. Christie L. Dowling  
BALCH & BINGHAM, LLP  
Attorney for Plaintiff  
P.O. Box 306  
Birmingham, AL  35201-0306

_____  
C. H. Espy, Jr.