IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB., etc., ) | |
| PLAINTIFF, ) | |
| VS. ) | CASE NO. 1:07-cv-183-WHA |
| SOUTHTECH ENTERPRISES, LLC, ) CHARLES F. CARTER, III and SHANNON MARIE CARTER, ) | |
| DEFENDANTS. ) | |

**JOINT MOTION TO EXTEND DISCOVERY AND MOTION DEADLINES**

COME NOW the undersigned counsel of record for both the Plaintiff and Defendants, Charles F. Carter, III, and Shannon Marie Carter, and respectfully submit as grounds for the above-styled Motion the following, to-wit:

1. The undersigned attorney, C. H. Espy, Jr., for the Defendants, Charles F. Carter, III, and Shannon Marie Carter, would represent to the Court he has been consulted by both of the operating members of Southtech Enterprises, LLC, and also by Mr. and Mrs. Charles F. Carter, III, individually, with regard to the filing of respective bankruptcy petitions, and preparation of these petitions are under way;

2. Although the undersigned attorney for the stated Defendants cannot represent these petitions will absolutely be filed, he would represent from his consultations he has reasonable cause to believe upon payment of requested fees and costs said petitions will be filed thereby invoking an automatic stay of this proceeding pursuant to 11 U.S.C. §362;

3. To attempt to minimize the expenditure of what may ultimately be unnecessary time in pursuing discovery and preparing and presenting joint motions, pre-trial statements or other

pleadings, the undersigned counsel would jointly request this Honorable Court extend by thirty (30) days all present deadlines or scheduling dates so the undersigned counsel for the stated Defendants can attempt to finalize the preparation and filing of bankruptcy petitions.

WHEREFORE, the undersigned counsel jointly present the instant Motion and request such relief as this Honorable Court deems just and proper.

Respectfully submitted this 10th day of April, 2007.

BALCH & BINGHAM, LLP                                   ESPY, METCALF & ESPY, P.C.


\s\ Christie L. Dowling                                \s\ C.H. Espy, Jr.
Christie L. Dowling                                    C.H. Espy, Jr. (ASB-3696-S78C)
ATTORNEY FOR PLAINTIFF                                 ATTORNEY FOR DEFENDANTS,
P.O. Box 306                                           CHARLES F. CARTER, III, and
Birmingham, AL   35201-0306                            SHANNON MARIE CARTER
(205) 226-8782                                         P.O. Drawer 6504
                                                       Dothan, Alabama 36302-6504
                                                       (334) 793-6288