IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:07cv183-WHA |
| ) | |
| SOUTHTECH ENTERPRISES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Joint Motion to Extend Discovery and Motion Deadlines (Doc. #13), the court finds the motion to be well-taken. The only deadline currently existing in this case is the order of the court (Doc. #11) setting April 17, 2007, as the date by which a Report of Parties Planning Meeting must be filed. Therefore, it is hereby

ORDERED that the motion is GRANTED, and the deadline for the parties to file their Report of Parties Planning Meeting is extended to May 17, 2007.

DONE this 11th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE