UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, successor-in-interest to Capital Crossing Bank, <br><br> PLAINTIFF, <br><br> VS. <br><br> SOUTHTECH ENTERPRISES, LLC; CHARLES F. CARTER, III, and SHANNON MARIE CARTER, <br><br> DEFENDANTS. | ) ) ) ) ) ) ) ) CASE NO. 1:07CV183-WHA ) ) ) ) ) ) ) |

## NOTICE OF STAY OF PROCEEDINGS PURSUANT TO 11 U.S.C. SECTION 362

COMES NOW the Defendant, Southtech Enterprises, LLC, by and through its undersigned attorney, and respectfully informs the Court on April 24, 2007, it electronically filed a Chapter 7 Petition in the United States Bankruptcy Court for the Middle District of Alabama (Case No. 07-10526-WRS). In confirmation of said filing a copy of said Notice of Bankruptcy Case Filing is attached hereto and incorporated herein by reference.

The undersigned attorney for the Defendant, Southtech Enterprises, LLC,, is attempting to inform the Court and Plaintiff, or the Plaintiff's attorney, of the protection presently afforded the Defendant, Southtech Enterprises, LLC, by virtue of this bankruptcy filing.

The debt claimed by the Plaintiff is averred to have been included in the Debtor's Chapter 7 proceeding which should be confirmed by the attached photocopy of Schedule D which was filed concurrent with the Debtor\Defendant's Chapter 7 Petition.

WHEREFORE, pursuant to Title 11 U.S.C. Section 362 of the Bankruptcy Code, the

undersigned attorney would respectfully suggest the instant cause should be stayed as to the Defendant, Southtech Enterprises, LLC, and prays the Court will grant appropriate relief.

DATED this 24th day of April, 2007.

ESPY, METCALF & ESPY, P.C.

\s\ C. H. Espy, Jr.
C. H. Espy, Jr.
Alabama Bar #ASB-3696-S78C
ATTORNEY AT LAW
Post Office Drawer 6504
Dothan, Alabama 36302-6504
(334) 793-6288

Certificate of Service

I, C. H. Espy, Jr., do hereby certify I have this date served a copy of the above and foregoing upon the following parties either electronically or by placing a copy of same in the U.S. Mail, postage prepaid, on this 24th day of April, 2007.

Ms. Christie L. Dowling
BALCH & BINGHAM, LLP
Attorney for Plaintiff
P.O. Box 306
Birmingham, AL 35201

\s\ C. H. Espy, Jr.
C. H. Espy, Jr.

2

United States Bankruptcy Court
Middle District of Alabama

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/24/2007 at 10:45 AM and filed on 04/24/2007.

SouthTech Enterprises, LLC
c/o Charles F. Carter, III
P O Box 376
Ariton, AL 36311
Tax id: 52-2164551

The case was filed by the debtor's attorney:

**Collier H. Espy, Jr.**
Espy, Metcalf & Espy, P.C.
P.O. Drawer 6504
Dothan, AL 36302-6504
334-793-6288

The case was assigned case number 07-10526.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.almb.uscourts.gov/ or at the Clerk's Office, PO Box 1248, Montgomery, AL 36102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Richard S. Oda
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/24/2007 10:45:47 | | | |
| PACER Login: | ce0200 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 07-10526 |
| Billable Pages: | 1 | Cost: | 0.08 |

Official Form 6D (10/06)

In re  SouthTech Enterprises, LLC
_____
                    Debtor

Case No. _____

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
  List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
  If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
  Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
  ☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>LEHMAN BROTHERS BANK, FSB<br>C/O CHRISTIE L. DOWLING<br>P O BOX 306<br>BIRMINGHAM, AL 35201 | X | - | 1ST MTG<br><br>Commercial property @ 1267 E. Main St., Ariton, Dale County, AL<br>PARCEL #04-01-11-1-010-00.000<br><br>Value $  850,000.00 | | X | X | 1,019,705.69 | 169,705.69 |
| Account No. CDC 2817534005 BIR<br><br>SOUTHERN DEVELOPMENT COUNCIL INC<br>8132 OLD FEDERAL ROAD<br>MONTGOMERY, AL 36117-8007 | | - | 8/24/99<br><br>2ND MTG<br><br>Commercial property @ 1267 E. Main St., Ariton, Dale County, AL<br>PARCEL #04-01-11-1-010-00.000<br><br>Value $  850,000.00 | | X | X | 825,000.00 | 825,000.00 |
| Account No.<br><br>Representing:<br>SOUTHERN DEVELOPMENT COUNCIL INC | | | SMALL BUSINESS ADMIN<br>ALABAMA DISTRICT OFFICE<br>801 TOM MARTIN DR STE 201<br>BIRMINGHAM, AL 35211-6424<br><br>Value $ | | | | | |
| Account No.<br><br>Representing:<br>SOUTHERN DEVELOPMENT COUNCIL INC | | | UNITED STATES ATTORNEY<br>ATTN: PATRICIA CONOVER<br>P. O. BOX 197<br>MONTGOMERY, AL 36101-0197<br><br>Value $ | | | | | |

0  continuation sheets attached

Subtotal (Total of this page)  1,844,705.69   994,705.69

Total (Report on Summary of Schedules)  1,844,705.69   994,705.69