IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:07cv183-WHA |
| | ) |
| SOUTHTECH ENTERPRISES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Plaintiff's Motion for Summary Judgment against Defendants Shannon Marie Carter and Charles F. Carter III (Doc. # 16), filed on April 27, 2007, will be deemed submitted to this Court on May 29, 2007, without oral argument. If any party desires oral argument, such party should so notify the Court and opposing counsel by May 29, 2007. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which Defendants Shannon Marie Carter and Charles F. Carter III wish to file in opposition to said motion shall be filed on or before May 21, 2007.

The Plaintiff shall have until May 29, 2007, to file any reply it wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 27th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE