IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEHMAN BROTHERS BANK, FSB, etc, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv183-WHA |
| | ) | |
| SOUTHTECH ENTERPRISES, LLC, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendant SouthTech's Notice of Stay of Proceedings (Doc. #15), filed on April 24, 2007, it is

ORDERED that the parties shall show cause, if any there be, **on or before May 15**, **2007** why the stay should not be granted as to SouthTech and the case proceed against the other Defendants. The notice will be taken under submission on that day for determination without oral hearing.

DONE this 2nd day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE