IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:07cv183-WHA |
| ) | |
| SOUTHTECH ENTERPRISES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

No response having been filed to the order of the court entered on May 2, 2007, it is hereby

ORDERED that the request for a stay, contained in the Notice of Stay of Proceedings Pursuant to 11 U.S.C. § 362 (Doc. #15), is GRANTED, and this case is STAYED as to the Defendant, SouthTech Enterprises, LLC.

The case will proceed against the Defendants Charles F. Carter, III, and Shannon Marie Carter.

DONE this 16th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE