IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB., etc., ) | |
| PLAINTIFF, ) | |
| VS. ) | CASE NO. 1:07–cv-183-WHA |
| SOUTHTECH ENTERPRISES, LLC, ) CHARLES F. CARTER, III and SHANNON MARIE CARTER, ) | |
| DEFENDANTS. ) | |

**RESPONSE OF DEFENDANTS, CHARLES F. CARTER, III, AND SHANNON MARIE CARTER, TO MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF, LEHMAN BROTHERS BANK, FSB**

COME NOW the undersigned attorney for the above-named and remaining individual Defendants and respectfully informs the Court at this time the Defendants have not provided their undersigned attorney with any disputed facts or defenses which could be asserted to create a bona fide issue of law or fact; and rather than to simply not respond the undersigned attorney is informing the Court and opposing counsel of the foregoing. Thus said Defendants will not be filing an opposing Affidavit to the Plaintiff's Motion for Summary Judgment..

Respectfully submitted this 21st day of May, 2007.

ESPY, METCALF & ESPY, P.C.

\s\ C.H. Espy, Jr.
C.H. Espy, Jr. (ASB-3696-S78C)
ATTORNEY FOR DEFENDANTS,
CHARLES F. CARTER, III, and
SHANNON MARIE CARTER
P.O. Drawer 6504
Dothan, Alabama 36302-6504

(334) 793-6288

## Certificate of Service

I, C. H. Espy, Jr., do hereby certify I have this date served a copy of the above and foregoing Consent upon the following party either electronically or by placing a copy of same to her in the U.S. Mail, postage prepaid, on this 21st day of May, 2007.

Ms. Christie L. Dowling
BALCH & BINGHAM, LLP
Attorney for Plaintiff
P.O. Box 306
Birmingham, AL  35201-0306

\s\ C. H. Espy, Jr.
C. H. Espy, Jr.