IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, successor-in-interest to Capital Crossing Bank, ) ) ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv183-WHA |
| ) ) | |
| SOUTHTECH ENTERPRISES, LLC, et al., ) ) | |
| ) | |
| Defendants. ) | |

FINAL JUDGMENT

In accordance with the Order entered in this case on this day:

Final Judgment is entered in favor of Lehman Brothers Bank, FSB, successor-in-interest to Capital Crossing Bank, and against Shannon Marie Carter and Charles F. Carter, III, jointly and severally, in the amount of $1,105,215.83 in principal, accrued interest, costs, and attorneys' fees through April 25, 2007, plus per diem interest of $215.07 from April 26, 2007 until this date, for a total of $1,111,667.93.

Costs are taxed against these Defendants.

Done this 25th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE