IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, successor-in-interest to Capital Crossing Bank, )))) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv183-WHA |
| )) | |
| SOUTHTECH ENTERPRISES, LLC, et al., ))) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Final judgment has been entered in favor of the Plaintiff against Defendants Shannon Marie Carter and Charles F. Carter, III by separate Order. The case has been stayed as to Defendant SouthTech Enterprises, LLC due to bankruptcy. It is hereby ORDERED that on or before June 1, 2007, the parties shall show cause, if any there be, why the attached Proposed Order as to SouthTech Enterprises, LLC ought not be entered.

Done this 25th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, successor-in-interest to Capital Crossing Bank, <br>             Plaintiff, <br><br> v. <br><br><br> SOUTHTECH ENTERPRISES, LLC, et al., <br><br>             Defendants. | Civil Action No.  1:07cv183-WHA |

Proposed **ORDER**

The Defendant, SouthTech Enterprises, LLC, having filed a Petition in Bankruptcy, it is the ORDER, JUDGMENT, and DECREE of the court:

1.  That this case is DISMISSED without prejudice to the right of any party to petition to reinstate this action to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

2.  That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action;

3.  That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement; and

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

DONE this _____ day of _____, 20__.

_____
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE