IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, ) <br> successor-in-interest to Capital Crossing ) <br> Bank, ) <br> ) <br>       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SOUTHTECH ENTERPRISES, LLC, ) <br> et al., ) <br> ) <br>       Defendants. ) | CIVIL ACTION NO. 1:07:cv183-A |

**ORDER**

The Defendant, SouthTech Enterprises, LLC, having filed a Petition in Bankruptcy, it is the ORDER, JUDGMENT, and DECREE of the court:

1. That this case is DISMISSED without prejudice to the right of any party to petition to reinstate this action to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

2. That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action;

3. That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement; and

4. That each party shall bear its own costs herein.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

DONE this 4th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE