IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LEHMAN BROTHERS BANK, FSB, successor-in-interest to Capital Crossing Bank, | ) ) ) | |
| PLAINTIFF, | ) | |
| VS. | ) | CASE NO. CV-2007-183 |
| SOUTHTECH ENTERPRISES, LLC; CHARLES F. CARTER, III and SHANNON MARIE CARTER, | ) ) | |
| DEFENDANT, | ) | |
| VS. | ) | |
| TROY BANK & TRUST, | ) | |
| GARNISHEE. | ) | |

### MOTION TO ENJOIN GARNISHMENT BASED UPON SUGGESTION OF CHAPTER 7 BANKRUPTCY OF DEFENDANTS, CHARLES F. CARTER, III, and SHANNON MARIE CARTER

COME NOW the Defendants, Charles F. Carter, III, and Shannon Marie Carter, and respectfully file their Motion to Stay the instant garnishment based upon the following grounds, to-wit:

(1) That on the 2nd day of August, 2007, the Defendants aver they filed a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Middle District of Alabama (Case No. 07-11045-WRS); and included within this proceeding was a debt owed to the Plaintiff;

(2) Upon information and belief, the Defendants' funds on account at Troy Bank & Trust are being garnished by the Garnishee and are to be remitted to the Plaintiff under this garnishment. However, the Defendants have claimed this asset exempt, and this exemption does

not exceed those allowed under applicable Alabama law and the amount permitted to be avoided under Section 522 of the Bankruptcy Code;

(3) Upon information and belief the subject garnishment was not filed to either collect alimony, maintenance or support for any spouse or former spouse or child of the Plaintiff, or to collect any other debt that is nondischargeable under Section 523 of the Bankruptcy Code;

(4) That pursuant to 11 U.S.C. Sec. 362 the Defendants would suggest the Process of Garnishment previously issued to their bank, TROY BANK & TRUST, in the instant cause should be stayed.

WHEREFORE, the Defendants, Charles F. Carter, III, and Shannon Marie Carter, pray the present garnishment will be stayed based upon the filing and pendency of their bankruptcy petition.

DATED this 2nd day of August, 2007.

ESPY, METCALF & ESPY, P.C.

\s\ C. H. Espy, Jr.
C. H. Espy, Jr. (ASB-3696-S78C)
Attorney for Defendants, Charles F. Carter, III, and Shannon Marie Carter
P.O. Drawer 6504
Dothan, Alabama 36302
(334) 793-6288
(334) 712-1617 FAX

### Certificate of Service

I, C. H. Espy, Jr., attorney for Defendants, do hereby certify I have this date served a copy of the foregoing upon the following parties either electronically or by placing a copy of same to them in the U.S. Mail, postage prepaid, on this 2nd day of August, 2007.

Electronic:

Ms. Christy L. Dowling
BALCH & BINGHAM, LLP
Attorney for Plaintiff
1901 Sixth Avenue North
Suite 2600
Birmingham, AL   35203

Mail:

TROY BANK & TRUST
ATTN: Garnishments
1000 Highway 231 South
Troy, AL   36081

                                                      \s\ C. H. Espy, Jr.
                                                      C. H. Espy, Jr

United States Bankruptcy Court
MIDDLE DISTRICT OF ALABAMA

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 08/02/2007 at 5:37 PM and filed on 08/02/2007.

**Charles Francis Carter, III**
P O Box 376
Ariton, AL 36311
SSN: xxx-xx-6260
Tax id: 52-2164551
*aka*
**Chuck Carter**

**Shannon Marie Carter**
P O Box 376
Ariton, AL 36311
SSN: xxx-xx-7708
*fka*
**Shannon M. Henderson**

The case was filed by the debtor's attorney:

**Collier H. Espy, Jr.**
Espy, Metcalf & Espy, P.C.
P.O. Drawer 6504
Dothan, AL 36302-6504
334-793-6288

The case was assigned case number 07-11045.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.almb.uscourts.gov/ or at the Clerk's Office, PO Box 1248, Montgomery, AL 36102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Richard S. Oda**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/02/2007 17:37:14 | | | |
| **PACER Login:** | ce0200 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 07-11045 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

Official Form 6F (10/06) - Cont.

In re  Charles Francis Carter, III,
       Shannon Marie Carter
                                    Debtors

Case No.  07-11045

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx4697....<br><br>CITI<br>P O BOX 6241<br>SIOUX FALLS, SD 57117 | | W | OPENED 10/87<br>REVOLVING ACCOUNT | | | | 1,980.00 |
| Account No. xxxxxxxx8069XXXX<br><br>DISCOVER CARD SERVICES<br>ATTN BANKRUPTCY DEPT<br>P O BOX 8003<br>HILLIARD, OH 43026 | | H | OPENED 10/92<br>REVOLVING ACCOUNT / CREDIT CARD | | | | 6,835.00 |
| Account No.<br><br>LEHMAN BROTHERS BANK, FSB<br>C/O CHRISTIE L. DOWLING<br>P O BOX 306<br>BIRMINGHAM, AL 35201 | X | J | *Successor to Capital Crossing Bank & Wachovia Bank<br><br>Personal guaranty of loans owed by SouthTech Enterprises, LLC & SouthTech Industries, Inc. - Reduced to JUDGMENT in the US Dist. Ct, Middle Dist. of AL, on 5/25/07 | X | X | | 1,111,667.93 |
| Account No. xxxxxxxx1055XXXX<br><br>LOWES / MCCBG<br>P O BOX 103080<br>ROSWELL, GA 30076-9080 | | H | OPENED 2/06<br>REVOLVING ACCOUNT | | | | 1,165.00 |
| Account No.<br><br>SAMMY B. CARTER<br>P O BOX 46<br>ARITON, AL 36311-0046 | | H | Contingent liability on prior loans secured by 2003 Ford Expedition & 2004 Jeep Wrangler | X | | | 1.00 |

Sheet no. 1 of 2 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,121,648.93