UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, successor-in-interest to Capital Crossing Bank, ) ) ) ) | |
| PLAINTIFF, ) ) | |
| VS. ) ) | CASE NO. 1:07CV183-WHA |
| SOUTHTECH ENTERPRISES, LLC; CHARLES F. CARTER, III, and SHANNON MARIE CARTER, ) ) ) ) | |
| DEFENDANTS. ) | |

## NOTICE OF STAY OF PROCEEDINGS PURSUANT TO 11 U.S.C. SECTION 362

COME NOW the Defendants, Charles F. Carter, III, and Shannon Marie Carter, by and through their undersigned attorney, and respectfully inform the Court on August 2, 2007, they electronically filed a Chapter 7 Petition in the United States Bankruptcy Court for the Middle District of Alabama (Case No. 07-11045-WRS). In confirmation of said filing a copy of said Notice of Bankruptcy Case Filing is attached hereto and incorporated herein by reference.

The undersigned attorney for the Defendants is attempting to inform the Court and Plaintiff, or the Plaintiff's attorney, of the protection presently afforded the Defendants, Charles F. Carter, III, and Shannon Marie Carter, by virtue of this bankruptcy filing.

The debt claimed by the Plaintiff is averred to have been included in the Debtors' Chapter 7 proceeding which should be confirmed by the attached photocopy of Schedule F which was filed concurrent with the Debtors\Defendants' Chapter 7 Petition.

WHEREFORE, pursuant to Title 11 U.S.C. Section 362 of the <u>Bankruptcy Code</u>, the undersigned attorney would respectfully suggest the instant cause should be stayed as to the

Defendants, Charles F. Carter, III, and Shannon Marie Carter, and prays the Court will grant appropriate relief.

DATED this 3rd day of August, 2007.

ESPY, METCALF & ESPY, P.C.

\s\ C. H. Espy, Jr.
C. H. Espy, Jr.
Alabama Bar #ASB-3696-S78C
ATTORNEY AT LAW
Post Office Drawer 6504
Dothan, Alabama 36302-6504
(334) 793-6288
(334) 712-1617 FAX

Certificate of Service

I, C. H. Espy, Jr., do hereby certify I have this date served a copy of the above and foregoing upon the following parties either electronically or by placing a copy of same in the U.S. Mail, postage prepaid, on this 3rd day of August, 2007.

Ms. Christie L. Dowling
BALCH & BINGHAM, LLP
Attorney for Plaintiff
P.O. Box 306
Birmingham, AL  35201

\s\ C. H. Espy, Jr.
C. H. Espy, Jr.

2

Sending ALMB NoticeOfFiling   Page 1 of 1

United States Bankruptcy Court
MIDDLE DISTRICT OF ALABAMA

### Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 08/02/2007 at 5:37 PM and filed on 08/02/2007.

**Charles Francis Carter, III**
P O Box 376
Ariton, AL 36311
SSN: xxx-xx-6260
Tax id: 52-2164551
*aka*
**Chuck Carter**

**Shannon Marie Carter**
P O Box 376
Ariton, AL 36311
SSN: xxx-xx-7708
*fka*
**Shannon M. Henderson**

The case was filed by the debtor's attorney:

**Collier H. Espy, Jr.**
Espy, Metcalf & Espy, P.C.
P.O. Drawer 6504
Dothan, AL 36302-6504
334-793-6288

The case was assigned case number 07-11045.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.almb.uscourts.gov/ or at the Clerk's Office, PO Box 1248, Montgomery, AL 36102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Richard S. Oda
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/02/2007 17:37:14 | | | |
| PACER Login: | ce0200 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 07-11045 |
| Billable Pages: | 1 | Cost: | 0.08 |

file://F:\ECF\CARTERCH\Filed{Complete}\Ecf NoticeOfFiling 2007-08-02@0536pm.htm    8/2/2007

Official Form 6F (10/06) - Cont

In re  Charles Francis Carter, III,
       Shannon Marie Carter

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 542418054697.... <br><br> CITI <br> P O BOX 6241 <br> SIOUX FALLS, SD 57117 | | W | OPENED 10/87 <br> REVOLVING ACCOUNT | | | | 1,980.00 |
| Account No. 601100458069XXXX <br><br> DISCOVER CARD SERVICES <br> ATTN BANKRUPTCY DEPT <br> P O BOX 8003 <br> HILLIARD, OH 43026 | | H | OPENED 10/92 <br> REVOLVING ACCOUNT / CREDIT CARD | | | | 6,835.00 |
| Account No. <br><br> LEHMAN BROTHERS BANK, FSB <br> C/O CHRISTIE L. DOWLING <br> P O BOX 306 <br> BIRMINGHAM, AL 35201 | X | J | *Successor to Capital Crossing Bank & Wachovia Bank <br><br> Personal guaranty of loans owed by SouthTech Enterprises, LLC & SouthTech Industries, Inc. - Reduced to JUDGMENT in the US Dist. Ct, Middle Dist. of AL, on 5/25/07 | X | X | | 1,111,667.93 |
| Account No. 798192401055XXXX <br><br> LOWES / MCCBG <br> P O BOX 103080 <br> ROSWELL, GA 30076-9080 | | H | OPENED 2/06 <br> REVOLVING ACCOUNT | | | | 1,165.00 |
| Account No. <br><br> SAMMY B. CARTER <br> P O BOX 46 <br> ARITON, AL 36311-0046 | | H | Contingent liability on prior loans secured by 2003 Ford Expedition & 2004 Jeep Wrangler | X | | | 1.00 |

Sheet no. _1_ of _2_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  1,121,648.93

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy