IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB., etc., ) | |
| PLAINTIFF, ) | |
| VS. ) | CASE NO. 1:07–cv-183-WHA |
| SOUTHTECH ENTERPRISES, LLC, ) CHARLES F. CARTER, III and SHANNON MARIE CARTER, ) | |
| DEFENDANTS. ) | |

### MOTION FOR EXPEDITED HEARING BY TELEPHONE TO CONSIDER MOTION TO ENJOIN GARNISHMENT PRIMARILY DIRECTED TO TROY BANK & TRUST

COMES NOW the undersigned attorney for the Defendants, Charles F. Carter, III, and Shannon Marie Carter, and would submit as grounds for the instant Motion the following, to-wit:

1. On August 2, 2007, the above-referenced individual Defendants filed a voluntary Chapter 7 Petition in the United States Bankruptcy Court for the Middle District of Alabama (Case No. 07-11045-WRS); and pursuant to this filing an automatic stay went into effect as to any attempt at collection pursuant to 11 U.S.C. §362;

2. Although the Plaintiff had requested and issued Writs of Garnishment directed to various companies or financial institutions, it is averred no funds with have been withheld and these Writs are due to be dissolved particularly as to the following accounts, to-wit:

    a. Mr. and Mrs. Carter have an individual checking account at Troy Bank & Trust; and concurrent with their filing they claimed exempt a certain amount of funds in that account as allowed by Section 6-10-6 of the Code of Alabama. In support of this averment the undersigned attorney would attach hereto a photocopy of Schedule C filed concurrent

with the Carter's Petition;

      b. Albeit Mr. Carter is the managing member of a business, this business is a separate entity, and specifically a limited liability company known as Quality Fabrications, LLC; and at this time in response to the individual garnishment Troy Bank & Trust has frozen all payroll checks and other vendor checks associated with this business Account No. 4062604;

      3. The undersigned attorney for the individual Defendants prays the Court will set a telephonic hearing to consider the relief requested.

WHEREFORE, the undersigned attorney prays for such relief as would be just and proper.

Respectfully submitted this 7th day of August, 2007.

                ESPY, METCALF & ESPY, P.C.

                \s\ C.H. Espy, Jr.
                C.H. Espy, Jr. (ASB-3696-S78C)
                ATTORNEY FOR DEFENDANTS,
                CHARLES F. CARTER, III, and
                SHANNON MARIE CARTER
                P.O. Drawer 6504
                Dothan, Alabama 36302-6504
                (334) 793-6288

Certificate of Service

I, C. H. Espy, Jr., do hereby certify I have this date served a copy of the above and foregoing upon the following parties, ELECTRONICALLY, on this 7th day of August, 2007.

Ms. Christie L. Dowling
BALCH & BINGHAM, LLP
Attorney for Plaintiff
P.O. Box 306
Birmingham, AL 35201-0306

MAIL

Mr. and Mrs. Charles F. Carter, III
P.O. Box 376
Ariton, AL 36311

                \s\ C. H. Espy, Jr.
                C. H. Espy, Jr.

Form B6C
(4/07)

In re  Charles Francis Carter, III,    Case No. _____
       Shannon Marie Carter
                                      Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Residence; guest house; rental house; horse barn & shed on 58 acres @ 503 Black Lake Road, Ariton, Dale County, AL | Ala. Code §§ 6-10-2 Const. Art. X, § 205 | 5,000.00 | 369,900.00 |
| **Cash on Hand** | | | |
| CASH - EST'D TO BE NOT MORE THAN $50 | Ala. Code § 6-10-6 | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking @ Troy Bank & Trust - Est'd to be not more than $1,006.81 | Ala. Code § 6-10-6 | 1,006.81 | 1,006.81 |
| **Household Goods and Furnishings** | | | |
| HOUSEHOLD GOODS, FURNITURE & FURNISHINGS | Ala. Code § 6-10-6 | 2,957.00 | 2,957.00 |
| Living/family room - $513 (2) Couches; (2) chairs; (5) tables; (2) lamps; clock; fireplace; TV; VCR | | | |
| Dining room - $679 (6) Chairs; table; china cabinet; mirror; china & glassware | | | |
| Laundry room - $196 Washer; dryer; iron | | | |
| Linens - $78 | | | |
| Kitchen - $509 Microwave; refrigerator; freezer; dishwasher; utensils; chairs; table; dishes; supplies | | | |
| Bedrooms - $490 Bed, box springs & mattress; (2) chests; chairs; (3) lamps; (2) mirrors; (2) night stands; TV | | | |
| Misc. - $492 Computer; desk; printer; (2) phones; vacuum cleaner; (3) power tools | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Pictures/art - $24 | Ala. Code § 6-10-6 | 74.00 | 74.00 |
| CD's - $50 | | | |
| **Wearing Apparel** | | | |
| CLOTHING | Ala. Code §§ 6-10-6, 6-10-126 | 750.00 | 750.00 |
| **Furs and Jewelry** | | | |
| JEWELRY - (2) rings; bracelet; earrings; (4) watches | Ala. Code §§ 6-10-6, 6-10-126 | 150.00 | 150.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt