IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:07cv183-WHA |
| ) | |
| SOUTHTECH ENTERPRISES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Motion for Expedited Hearing by Telephone to Consider Motion to Enjoin Garnishment Primarily Directed to Troy Bank & Trust (Doc. #56), filed on August 7, 2007, the motion is GRANTED as follows:

1. Counsel for the Defendants shall first attempt to resolve this matter by agreement with counsel for the Plaintiff. If resolved, counsel shall promptly notify the court.

2. If this matter is not resolved between the parties, counsel for the parties shall contact the court's Judicial Assistant in chambers to arrange a time for a telephonic hearing on the record.

DONE this 8th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE