1263049

# GARNISHEE'S ANSWER

**Plaintiff** (Person Asserting Claim): LEHMAN BROTHERS BANK, FSB SUCCESSOR-IN-INTEREST TO CAPITAL CROSSING BANK

**Number:** CV 2007-183

**Defendant** (Person W...): SouthTech Enterprises, LLC, Charles F. Carter, III and Shannon Marie Carter

**Garnishee:** WACHOVIA BANK
LEGAL ORDER PROCESSING
P.O. BOX 8867 PA4418
PHILA. PA. 19101-8667

**NOTICE TO GARNISHEE:**
After reading the Process of Garnishment and Instructions on the reverse side of the process of garnishment, check the appropriate answer(s) below, sign and have notarized. Keep a copy of this answer for your records and return the original and other copies to this court at the address below.

___ Defendant is employed and Garnishee will withhold from the salary, wages, or other compensation, as required and pay into court.

___ Defendant is employed, but defendant's disposable earnings are not sufficient to be subject to garnishment.

___ Garnishee has in Garnishee's possession or control property or money belonging to Defendant, which is not wages, salary or other compensation, namely:_____ and is holding the property or money subject to orders of the court.

___ Defendant not employed/ Garnishee not indebted to Defendant when process was received, or when making this Answer, or during intervening time, and Garnishee does not have possession or control of any belongings of the Defendant.

___ If Garnishee is a corporation, the person signing below is the duly authorized agent of Garnishee to make this Answer and has knowledge of the facts stated herein.

✓ Other (Explain) — NO ACCOUNTS
• Forwarded copy of this garnishment to Wachovia Securities.

_Mark Crovelli_ Garnishee or
**Authorized Agent (Signature)**

Sworn To and Subscribed before me this
**Date:** August 3, 2007

_Diane McGonigal_
**Notary Public (Signature)**

**ADDRESS OF COURT**
Debra P. Hackett, Clerk
United States District Court
Middle District of Alabama
One Church St
Montgomery, AL 36104

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Diane McGonigal, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires March 22, 2011
Member, Pennsylvania Association of Notaries