IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv183-WHA |
| ) | |
| SOUTHTECH ENTERPRISES, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motions to Enjoin Garnishment (Docs. #41,51,52,53,54 and 55), it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before September 4**, **2007** why the motions should not be granted. The motions will be taken under submission on that day for determination without oral hearing.

DONE this 20th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE