**Locator#**

**Date Prepared**

# GARNISHEE'S ANSWER
## RECEIVED

**Case Number:** CV2007-183

2007 AUG 23 A 9:54
U.S. DISTRICT COURT
MIDDLE DISTRICT ALABAMA

**PLAINTIFF:** (Person Asserting Claim)

Lehman Brothers Bank

vs.

**DEFENDANT:** (Person Whose Property is Subject to Garnishment)

P.J. Hackett Enterprises, LLC
Chapel Carter, III And
Shannon Marie Carter

(Garnishee's Name and Address)

**TO:** Colonial Bank
Attn: Deposit Support Services
Garnishment/Levy Dept.
1853 Data Drive
Bham., AL 75244

AFTER READING THE INSTRUCTION SHEET AND THE PROCESS OF GARNISHMENT, CHECK THE APPROPRIATE ANSWER BELOW AND SIGN. RETURN WHITE AND YELLOW COPY TO THIS COURT AT THE ADDRESS BELOW, AND RETAIN GREEN COPY.

☐ Defendant is employed and garnishee will withhold from the salary, wages, or compensation, as required, and pay into Court.

☐ Defendant is employed, but his disposable earnings are not sufficient to be subject to garnishment.

☐ Garnishee has in his possession or control property or money belonging to the defendant, which is not wages, salary or compensation, namely:

_____

and is holding same subject to orders of the court.

☐ Defendant not employed-garnishee not indebted to the defendant when process was received, or when making this answer, or during intervening time, and have not in my possession or control any belongings of the defendant.

☒ If Garnishee is a corporation, the person signing below is the duly authorized agent of Garnishee to make this answer and has knowledge of the facts stated herein.

☒ Other (Explain): NO ACCOUNTS

_____
**Garnishee or Agent (Signature)**

**Sworn To and Subscribed before me this**

**Date:** 8-16-07

Katharina Bialko
Notary Public - State of Alabama
My Commission Expires July 22, 2011

_____
**Notary Public/Clerk/Register (Signature)**

**Address of Court:** United States District Court
Middle District of Alabama
1 Church St.
Montgomery AL. 36104

COURT RECORD (White)   GARNISHEE (Green)   DEFENDANT (Yellow)