IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Lehman Brothers Bank, FSB, successor-in-interest to Capital Crossing Bank, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CV 2007-183 ) |
| Southtech Enterprises, LLC, Charles F. Carter, III and Shannon Marie Carter, | ) ) ) ) ) |
| Judgment Debtor. | ) ) |

**CONSENT TO STAY OF GARNISHMENTS**

Plaintiff Lehman Brothers Bank, FSB, successor-in-interest to Capital Crossing Bank, (the "Bank") consents to the stay of those garnishments referenced in the Motions (Docket Nos. 41, 51, 52, 53, 54 and 55) (the "Garnishments") to the extent such action is required by 11 U.S.C. § 362.  However, the Bank does not consent to any determination by this Court that any particular garnished assets are exempt assets.  The Debtors have neither established what amounts are held in the referenced accounts, nor provided any evidence of the bases for any alleged exemptions.  The deadline in the United States Bankruptcy Court for the Middle District of Alabama (the "Bankruptcy Court") for objections to the Debtors' claimed exemptions is not unitl October 6, 2007.

Therefore, the Bank consents to the stay of the Garnishments, however the Bank objects to (1) any determination by this Court of the exempt or non-exempt nature of the funds, as such a determination is premature and falls squarely within the jurisdiction of the Bankruptcy Court, and (2) unless the Chapter 7 Trustee and/or the Bankruptcy Court

determine otherwise, the Garnishments should be stayed and not dismissed so that the Bank will not be prejeudiced in the event that the Debtors' Bankruptcy Case is dismissed and the Judgment Debtors do not receive a discharge.

Respectfully submitted this the 24th day of August, 2007.

/s/ Christie L. Dowling
Christie Lyman Dowling

*Attorney for Plaintiff*

OF COUNSEL:
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
E-Mail: cdowling@balch.com

CERTIFICATE OF SERVICE

I hereby certify that I have served an exact copy of the Consent to Stay of Garnishments upon the following by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, on August 24, 2007.

/s/ Christie L. Dowling
Christie L. Dowling
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

William C. Carn, III
Lee & McInish, P.C.
P.O. Box 1665
Dothan, AL 36302

Collier H. Espy, Jr.
Espy, Metcalf & Poston
P.O. Drawer 6504
Dothan, AL 36302-6504

926931.1