# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 AUG 31  A 10: 18

| | | |
|---|---|---|
| Lehman Brothers Bank, FSB, Successor-in-interest to Capital Crossing Bank<br>　　　　Plaintiff, | ) ) ) ) ) | |
| vs. | ) ) ) | |
| Southtech Enterprises, LLC, Charles F. Carter, III and Shannon Marie Carter<br>　　　　Defendant, | ) ) ) ) ) | Case No.: CV-2007-183 |
| and | ) ) | |
| A.G. Edwards & Sons, Inc.<br>　　　　Garnishee. | ) ) | |

## ANSWER

Comes Now the Garnishee, A.G. EDWARDS and in Answer to the Writ of Garnishment served upon it states the following:

1.) A.G. Edwards & Sons, Inc. (hereinafter "The Garnishee") is a Delaware corporation authorized to do business in the State of Alabama with its principal place of business being located at One North Jefferson, St. Louis, Missouri, 63103.

2.) On August 6, 2007, the Writ of Execution was served on the Garnishee.

3.) At the time of service, at the time of this Answer, and at all times between such times, the Garnishee was not indebted to the Defendants, Charles F. Carter, III and Shannon Marie Carter.

4.) At the time of service and at the time of this Answer, the Garnishee currently maintains the following property in the following account in which Charles Carter, III, may have an interest:

### Charles Carter, III Individual Retirement Account
### Account No. 2048-2378

- .21,454    shares    CASH MANAGEMENT TRUST with an approximate market value of $21,454.67 as of August 29, 2007

Therefore, the total approximate account value of this account as of August 29, 2007 is $21,454.67. Please note that the approximate market value of the positions fluctuates daily. The market value will also be decreased as a result of commissions charged upon liquidation of the asset.

### Shannon Marie Carter Individual Retirement Account
### Account No. 2045-2525

- .No assets currently maintained in the account

5.) The Garnishee is unaware of any other persons indebted to or having effects belonging to the Defendants.

Please note that A.G. Edwards has also been served with a copy of a Motion to Enjoin Garnishment Based upon Suggestion of Chapter 7 Bankruptcy of Defendants, Charles and Shannon Carter (see attached). A.G. Edwards will continue to maintain the restriction on the account until further order of the court.

A34083007.04Carter

  A thorough and diligent search within the time period permitted was made subsequent to the receipt of the Writ of Garnishment. The information provided is believed, but not guaranteed, to be accurate based on our best efforts and the information provided. The accuracy of this response would be increased by providing additional information.

  Beyond such, Garnishee states not.

             A.G. EDWARDS & SONS, INC.

             By: _____
               Clay Grunke
               Vice President & Counsel

| STATE OF MISSOURI | ) |
|---|---|
|  | ) SS. |
| CITY OF ST. LOUIS | ) |

  Subscribed and sworn to before me this 30th day of August, 2007.

             _____
               Notary Public

My Commission Expires:

[Notary Seal: SHAELA FREEMAN, Notary Public - Notary Seal, State of Missouri, Saint Louis City, Commission #05790424, My Commission Expires Oct 31, 2009]

A34083007.04Carter

Motions
1:07-cv-00183-WHA-TFM Lehman Brothers Bank, FSB v. SouthTech Enterprises, LLC et al
**CASE CLOSED on 06/04/2007**

## U.S. District Court

## Alabama Middle District

Notice of Electronic Filing

The following transaction was received from Espy, Collier H. entered on 8/3/2007 at 4:46 PM CDT and filed on 8/3/2007

**Case Name:** Lehman Brothers Bank, FSB v. SouthTech Enterprises, LLC et al
**Case Number:** 1:07-cv-183
**Filer:** Charles F. Carter, III
Shannon Marie Carter
**WARNING: CASE CLOSED on 06/04/2007**
**Document Number:** 53

**Docket Text:**
MOTION to Stay re [46] Writ of Garnishment, [42] Writ of Garnishment \ *Motion to Enjoin Garnishment Based Upon Suggestion of Chapter 7 Bankruptcy of Defendants, Charles F. Carter, III, and Shannon Marie Carter (A.G. Edwards)* by Charles F. Carter, III, Shannon Marie Carter. (Espy, Collier)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=8/3/2007] [FileNumber=769346-0]
[6a02a30ecda866bc7994a4e6d01579138a43264da84963fa6111d520391f9f5293472
377a7f01c1e2e7412e791c9e7ecc9c8eec4f2799735044505895cd5d872]]

**1:07-cv-183 Notice will be electronically mailed to:**

Christie Lyman Dowling    cdowling@balch.com, rmjohnson@balch.com

Collier H. Espy , Jr    kc@emppc.com, cindi@emppc.com

**1:07-cv-183 Notice will be delivered by other means to:**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, ) <br> successor-in-interest to Capital Crossing <br> Bank,                                    ) | |
| PLAINTIFF,              ) | |
| VS.                          ) | CASE NO. CV-2007-183 |
| SOUTHTECH ENTERPRISES, LLC; ) <br> CHARLES F. CARTER, III and <br> SHANNON MARIE CARTER,   ) | |
| DEFENDANTS,         ) | |
| VS.                          ) | |
| A.G. EDWARDS,       ) | |
| GARNISHEE.           ) | |

### MOTION TO ENJOIN GARNISHMENT BASED UPON
### SUGGESTION OF CHAPTER 7 BANKRUPTCY OF DEFENDANTS,
### CHARLES F. CARTER, III, and SHANNON MARIE CARTER

COME NOW the Defendants, Charles F. Carter, III, and Shannon Marie Carter, and respectfully file their Motion to Stay the instant garnishment based upon the following grounds, to-wit:

(1) That on the 2nd day of August, 2007, the Defendants aver they filed a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Middle District of Alabama (Case No. 07-11045-WRS); and included within this proceeding was a debt owed to the Plaintiff;

(2) Upon information and belief, the Defendants' funds or accounts at A.G. Edwards are being garnished by the Garnishee and are to be remitted to the Plaintiff under this garnishment. However, the Defendants have claimed this asset exempt, and this exemption does not exceed

those allowed under applicable Alabama law and the amount permitted to be avoided under Section 522 of the Bankruptcy Code;

(3) Upon information and belief the subject garnishment was not filed to either collect alimony, maintenance or support for any spouse or former spouse or child of the Plaintiff, or to collect any other debt that is nondischargeable under Section 523 of the Bankruptcy Code;

(4) That pursuant to 11 U.S.C. Sec. 362 the Defendants would suggest the Process of Garnishment previously issued to A.G. EDWARDS in the instant cause should be stayed.

WHEREFORE, the Defendants, Charles F. Carter, III, and Shannon Marie Carter, pray the present garnishment will be stayed based upon the filing and pendency of their bankruptcy petition.

DATED this 3rd day of August, 2007.

ESPY, METCALF & ESPY, P.C.

\s\ C. H. Espy, Jr.
C. H. Espy, Jr. (ASB-3696-S78C)
Attorney for Defendants, Charles F. Carter, III, and Shannon Marie Carter
P.O. Drawer 6504
Dothan, Alabama 36302
(334) 793-6288
(334) 712-1617 FAX

### Certificate of Service

I, C. H. Espy, Jr., attorney for Defendants, do hereby certify I have this date served a copy of the foregoing upon the following parties either electronically or by placing a copy of same to them in the U.S. Mail, postage prepaid, on this 3rd day of August, 2007.

Electronic:

Ms. Christy L. Dowling

BALCH & BINGHAM, LLP
Attorney for Plaintiff
1901 Sixth Avenue North
Suite 2600
Birmingham, AL   35203

Mail:

A.G. EDWARDS
ATTN: Garnishments
751 Elba Highway
Troy, AL   36079

\s\ C. H. Espy, Jr.
C. H. Espy, Jr

United States Bankruptcy Court
MIDDLE DISTRICT OF ALABAMA

Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter of the United States Bankruptcy Code, entered on 08/02/2007 at 5:37 PM and filed on 08/02/2007.



Charles Francis Carter, III
P O Box 376
Ariton, AL 36311
SSN: xxx-xx-6260
Tax id: 52-2164551
aka
Chuck Carter

Shannon Marie Carter
P O Box 376
Ariton, AL 36311
SSN: xxx-xx-7708
fka
Shannon M. Henderson

The case was filed by the debtor's attorney:

Collier H. Espy, Jr.
Espy, Metcalf & Espy, P.C.
P.O. Drawer 6504
Dothan, AL 36302-6504
334-793-6288

The case was assigned case number 07-11045.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.almb.uscourts.gov/ or at the Clerk's Office, PO Box 1248, Montgomery, AL 36102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Richard S. Oda
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/02/2007 17:37:14 | | | |
| PACER Login: | ce0200 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 07-11045 |
| Billable Pages: | 1 | Cost: | 0.08 |

P.O. DRAWER 65
DOTHAN, AL 36

Official Form 6F (10/06) - Cont

In re   Charles Francis Carter, III,   Case No. _____
        Shannon Marie Carter
                                       Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 542418054697....<br><br>CITI<br>P O BOX 6241<br>SIOUX FALLS, SD 57117 | | W | OPENED 10/87<br>REVOLVING ACCOUNT | | | | 1,980.00 |
| Account No. 601100458069XXXX<br><br>DISCOVER CARD SERVICES<br>ATTN BANKRUPTCY DEPT<br>P O BOX 8003<br>HILLIARD, OH 43026 | | H | OPENED 10/92<br>REVOLVING ACCOUNT / CREDIT CARD | | | | 6,835.00 |
| Account No.<br><br>LEHMAN BROTHERS BANK, FSB<br>C/O CHRISTIE L. DOWLING<br>P O BOX 306<br>BIRMINGHAM, AL 35201 | X | J | *Successor to Capital Crossing Bank & Wachovia Bank<br><br>Personal guaranty of loans owed by SouthTech Enterprises, LLC & SouthTech Industries, Inc. - Reduced to JUDGMENT in the US Dist. Ct, Middle Dist. of AL, on 5/25/07 | X | X | | 1,111,667.93 |
| Account No. 798192401055XXXX<br><br>LOWES / MCCBG<br>P O BOX 103080<br>ROSWELL, GA 30076-9080 | | H | OPENED 2/06<br>REVOLVING ACCOUNT | | | | 1,165.00 |
| Account No.<br><br>SAMMY B. CARTER<br>P O BOX 46<br>ARITON, AL 36311-0046 | | H | Contingent liability on prior loans secured by 2003 Ford Expedition & 2004 Jeep Wrangler | X | | | 1.00 |

Sheet no. 1 of 2 sheets attached to Schedule of                                              Subtotal