UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
CASE NUMBER: CV 2007-183
HONORABLE JUDGE

*Lehman Brothers Bank, FSB*

vs

*Southtech Enterprises, LLC, Charles F. Carter*
*And Shannon Marie Carter*

and Wachovia Securities, LLC
as Garnishee

## ANSWER OF GARNISHEE

Wachovia Securities, LLC for it's answering of the Writ of Garnishment for the above-referenced matter, here within states the following.

At the time of service of this Garnishment and at all times between such service date and the date of this Answer, Wachovia Securities, LLC has **No Accounts** held in the name of the debtors.

Therefore, Wachovia Securities, LLC has complied with the Garnishment to the fullest extent of the law, and shall have no opinions as to the truth of the Garnishment served upon it.

**Dated: September 3, 2007**

Carrie Zehfuss, Esquire
Vice President
Subpoena & Garnishment Unit/Legal

I hereby certify that a true and correct copy of the foregoing Answer was mailed on this _3_ day of September, 2007 to **Attorney for Plaintiff.**